IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA GALVAN,

    Plaintiff,

v.	No. CIV-16-0535 GJF/LAM

BOARD OF CURRY COUNTY COMMISSIONERS
FOR CURRY COUNTY, NEW MEXICO,

    Defendant.

### ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

At the Rule 16 scheduling conference held on September 22, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 17*], filed September 2, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**