UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

VERONICA GALVAN,

    Plaintiff,

v.                                                                                                         Civ. No. 16-535 GJF/KRS

BOARD OF COUNTY COMMISSIONERS
FOR CURRY COUNTY, NEW MEXICO,

    Defendant.

## JUDGMENT ON COST BILL

THIS MATTER comes before the Court upon Defendant Board of County Commissioners for Curry County's ("Defendant's") "Amended Motion for Judgment on the Cost Bill" ("Motion"), filed February 16, 2018, which is opposed by Plaintiff Veronica Galvan ("Plaintiff"). ECF No. 57. On October 23, 2017, Defendant filed its Motion to Tax Costs. ECF No. 54. On November 7, 2017, following Plaintiff's failure to respond to the Motion to Tax Costs, the Clerk of the Court granted Defendant's Motion to Tax Costs, and stated in that Order that "[a]pplication for review by the Court, if desired, shall be made within seven (7) days of this order." ECF No. 55. The Clerk taxed costs against Plaintiff and in favor of Defendant in the amount of $2,740.31. *Id.* Plaintiff did not apply for review by the Court of the Clerk's Order.

In Defendant's instant Motion, Defendant asks the Court to enter judgment on the bill of costs in the amount of $2,740.31. Def.'s Mot. 1, ECF No. 57. Plaintiff has again failed to respond to the Motion. Pursuant to D.N.M.LR-Civ 7.1(b), the Court construes Plaintiff's failure to respond as Plaintiff's consent to grant the motion.

It is therefore **ORDERED** that a Judgment on the Cost Bill in the amount of $2,740.31 is awarded in favor of Defendant against Plaintiff.

1

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*